

| | |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | DISTRICT OF MASSACHUSETTS |
| | OFFICE OF THE CLERK |
| | 1 COURTHOUSE WAY |
| | BOSTON, MASSACHUSETTS 02210 |

**Robert M. Farrell**
CLERK OF COURT

September 20, 2022

Neil Kreuzer, Esq.
Law Office of Neil Kreuzer
268 Newbury Street, 4th Flr.
Boston, MA  02116

    RE:    **Misuse of CM/ECF**

Dear Mr. Kreuzer:

    Please be advised that your CM/ECF account has been suspended based on improper use. Please refer to Local Rule 83.5.7 *Registration for Electronic Case Management/Electronic Case Files (CM/ECF Section (d))* and 83.6.1 *Rules of Professional Conduct*.

    CM/ECF login and passwords are issued to members of the United States District Court for the District of Massachusetts bar only.  It has been brought to my attention that improper filings from your account have been filed in this court.  Documents have been filed under your account by another person.  You have stated that you do not represent this person.  Please contact my office to resolve this account access issue or if you have any pleadings that you need to file in any other case.

    We will do a full investigation into the case numbers that have been filed from your account by another person.  This matter will be referred to the duty judge for review and consideration of any disciplinary steps.

    Very truly yours,

    Robert M. Farrell
    Clerk of Court

RMF/tjm